1 | BENJAMIN WAGNER CSBN 163581
United States Attorney
2 | GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
3 | Social Security Administration
ELIZABETH BARRY CSBN 203314
4 | Special Assistant United States Attorney

5 |      160 Spear Street, 8th Floor
San Francisco, California 94105
6 |      Telephone:  (415) 977-8972
Facsimile:  (415) 744-0134
7 |      E-Mail: Elizabeth.Barry@ssa.gov

8 | Attorneys for Defendant

9 |            UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
10 |            **SACRAMENTO DIVISION**

11 | MICHELLE J. BOND,                    )
)            CIVIL NO. 2:13-cv-00127-EFB
12 |                                      )
)
13 |            Plaintiff,                )
)            STIPULATION AND ~~PROPOSED~~ ORDER
14 |            v.                        )            FOR FIRST EXTENSION OF TIME FOR
)            DEFENDANT TO FILE HIS OPPOSITION
15 |                                      )            OR OTHERWISE RESPOND TO
CAROLYN W. COLVIN,                   )            PLAINTIFF'S OPENING BRIEF
16 | Acting Commissioner of               )
Social Security,[1]                  )
17 |                                      )
Defendant.               )
18 | _____ )

19 |

20 |        IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the

21 | approval of the Court, that Defendant shall have a thirty day extension, from August 12, 2013 to

22 | September 11, 2013,  in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond

to Plaintiff's motion.

23 |

24 |

25 |

26 | _____

27 |        [1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28 | for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this
suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's second request for an extension.  This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter and is not intended to cause intentional delay.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: August 12, 2013                By */s/ Elizabeth Barry*
                                      ELIZABETH BARRY
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

                                      LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: August 12, 2013                 By: */s/ Vijay J. Patel*
                                      (as authorized via e-mail)
                                      VIJAY J. PATEL
                                      Attorney for Plaintiff

        So Ordered.

DATED:  August 13, 2013.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE