BENJAMIN WAGNER CSBN 163581
United States Attorney
GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
    E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELLE J. BOND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security,[1] ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:13-cv-00127-EFB <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a thirty day extension, from August 12, 2013 to September 11, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's second request for an extension. This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter and is not intended to cause intentional delay.

                        Respectfully submitted,

                        BENJAMIN WAGNER
                        United States Attorney

Dated: August 12, 2013          By */s/ Elizabeth Barry*
                                     ELIZABETH BARRY
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

                        LAW OFFICES OF LAWRENCE D. ROHLFING

Dated: August 12, 2013          By: */s/ Vijay J. Patel*
                                    (as authorized via e-mail)
                                    VIJAY J. PATEL
                                    Attorney for Plaintiff

   So Ordered.

DATED: August 13, 2013.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE