UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE J. BOND,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | No.  2:13-cv-127-EFB<br><br><br><br>ORDER |

Pursuant to the United States Court of Appeals for the Ninth Circuit's Mandate and Memorandum (ECF Nos. 27, 28), the March 20, 2014 judgment (ECF No. 23) is vacated and the matter is remanded to Commissioner for further proceedings.  The Clerk is directed to enter judgment in plaintiff's favor.

DATED: June 29, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE